

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 837                                           JUL 26 1990

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION    PATRICIA D. HOWARD
                                                         CLERK OF THE PANEL

IN RE GRANADA PARTNERSHIPS SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of four actions pending in three federal districts:  two actions in the Western District of Michigan and one action each in the Southern District of Texas and the Northern District of California. Before the Panel is a motion by 25 defendants to centralize, pursuant to 28 U.S.C. §1407, the actions in this litigation in the Southern District of Texas for coordinated or consolidated pretrial proceedings.  Plaintiffs in one Michigan action and plaintiffs in the California action support Section 1407 centralization but favor the Western District of Michigan as the transferee forum.  Alternatively, the California plaintiffs suggest the Northern District of California as an appropriate transferee forum.  Plaintiffs in the other Michigan action and two defendants oppose Section 1407 centralization.

On the basis of the papers filed and the hearing held, the Panel finds that these four actions involve common questions of fact and that centralization under Section 1407 in the Southern District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  These common factual questions arise because each of the four actions before the Panel focuses on alleged violations of federal securities laws in connection with the offer and sale of interests in one or more limited partnerships included in a series of livestock partnership programs (the Granada partnerships).  Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

The Southern District of Texas is the center of gravity for this litigation and clearly the preferable transferee forum.  We note that most of the defendants in the litigation, including the entities directly involved in the development and management of the Granada partnerships, are located in the Houston area.  Thus many relevant witnesses and documents, including the records of the Granada partnerships, will be found in the Southern District of Texas.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of Texas be, and the same hereby are, transferred to the Southern District of Texas and, with the consent of that court, assigned to the Honorable Melinda Harmon for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Robert H. Schnacke
Judge of the Panel

SCHEDULE A

<u>MDL-837 -- In re Granada Partnerships Securities Litigation</u>

<u>Northern District of California</u>

<u>Paul E. Shick, et al. v. Granada Corporation, et al., C.A. No. C89-4308-RHS</u>

<u>Western District of Michigan</u>

<u>Norman F. Kowalsyk, et al. v. Granada Management Corporation, et al., C.A. No. 1:89-CV-1208</u>
<u>Bruce A. Preston, etc. v. Granada Management Corporation, et al., C.A. No. 1:90-CV-100</u>

<u>Southern District of Texas</u>

<u>E. David Melcher, et al. v. Granada Management Corporation, et al., C.A. No. H-90-0214</u>